**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TEDO BERIKASHVILI,

              Petitioner,

    v.

KRISTI NOEM, et al.,

              Respondents.

Case No. 5:26-cv-01230-JFW-MAA

**JUDGMENT**

    Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge filed May 18, 2026 (ECF No. 18) and the status report filed May 21, 2026 (ECF No. 19),

    IT IS ORDERED AND ADJUDGED that the Petition is GRANTED.

DATED:  May 26, 2026

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE